Family Court pending appeal is granted. *William F. Reilly,* Public Defender, *Barbara Hurst,* Chief Appellate Attorney, appellant-respondent.

## February 1, 1979.

M. P. No. 76-228. EUGENE FOUNTAINE *v.* JAMES MULLEN, *Warden.* The state's motion to dismiss this petition for writ of habeas corpus as moot is granted. Chief Justice Bevilacqua did not participate. *Raymond J. Daniels,* for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.

M. P. No. 76-229. DENNIS A. SOUZA *v.* JAMES MULLEN, *Warden.* The state's motion to dismiss this petition for writ of habeas corpus as moot is granted. Chief Justice Bevilacqua did not participate. *William J. Burke, Jr.,* for petitioner. *Dennis J. Roberts II,* Attorney General, for respondent.

M. P. No. 78-358. EMIL J. CARSETTI, JR. *v.* JOHN J. MORAN. The petition for writ of habeas corpus is denied as moot. *William F. Reilly,* Public Defender, *Bruce G. Pollock,* Assistant Public Defender, for petitioner. *Dennis J. Roberts II,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for respondent.

M. P. No. 78-402. JOSEPH NUGENT *v.* JOSEPH R. DISTEFANO *et al.* The petition for writ of certiorari and prayer for restraining order are denied. *Keven A. McKenna,* for petitioner. *Abedon, Michaelson, Stanzler, Biener, Skolnik and Lipsey, Milton Stanzler, Jeffrey J. Teitz,* for Joseph R. DeStefano, respondent.

M. P. 78-406. GEORGE C. WOOD *v.* A. MARIE WOOD. The petition for writ of certiorari and request for stay are denied. *George C. Wood,* pro se, for petitioner. *Gary Yesser,* for respondent.

M. P. No. 78-413. EMMA LAKE *et al. v.* SCHOOL COMMITTEE OF THE TOWN OF COVENTRY AND BOARD OF REGENTS FOR EDUCATION IN THE STATE OF RHODE ISLAND. The petition for writ of certiorari is denied. *Abedon, Stanzler, Biener, Skolnik*